AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Feb 13 2020
ARTHUR JOHNSTON, CLERK

| | |
|---|---|
| United States of America<br>v.<br>Carter Tran<br><br>Defendant(s) | ) ) ) ) ) ) ) )  Case No. 1:20mj510 - RHW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 29, 2018__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Possession with Intent to Distribute Controlled Substances, to wit, a mixture or substance containing a detectable amount of methamphetamine, and a mixture or substance containing a detectable amount of fentanyl, both schedule II controlled substances. |

This criminal complaint is based on these facts:
See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher Werner, Task Force Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: FEB. 13, 2020

_____
Judge's signature

City and state: Gulfport, MS

Robert H. Walker, U.S. Magistrate Judge
Printed name and title

## Affidavit in support of a Criminal Complaint

Your Affiant, Christopher Werner, being duly sworn, deposes and states the following:

I am a Task Force Agent (TFA), with the United States Drug Enforcement Administration (DEA), Gulf Coast High Intensity Drug Trafficking Area Task Force (HIDTA). My parent agency is the Gulfport Police Department (GPD), where I hold the rank of Detective Sergeant in the Narcotics Division. The DEA Task Force in Gulfport, Mississippi, is made up of Special Agents from the DEA, Special Agents from Homeland Security Investigations (HSI), Agents from the Mississippi Bureau of Narcotics (MBN), and Detectives from the Police Departments of Biloxi, Harrison County, Jackson County, and Gulfport. I have been assigned to the DEA Task Force in Gulfport, Mississippi since March, 2019. I have been employed by the Gulfport, Mississippi Police Department as a Police Officer since May, 2008. My primary duties at the DEA Task Force include the investigation of organized narcotics traffickers. I have participated in numerous narcotics investigations, during the course of which I have conducted or participated in physical and wire surveillances, including previous Title III investigations, undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefing of informants, and reviews of taped conversations and drug records. I have also been the Affiant for multiple wire taps, search warrants, and arrest warrants. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payments for such drugs.

In addition to my narcotics training and experience, I have been through training conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), which focused on illegal firearms and crime gun recovery. I have also been involved in numerous investigations involving the illegal possession of firearms by prohibited persons, the possession and use of firearms by narcotics traffickers/gang members, the firearms which affect interstate commerce. Several of these investigations have included conspiratorial relationships between multiple defendants and generally involve a series or pattern of criminal activities or multiple criminal schemes.

1. This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

2. Based on personal knowledge and information I received from various law enforcement sources including the Gulfport Police Department, I am aware of the following facts:

3. On or about June 6, 2018, The United States Drug Enforcement Administration (DEA) and the Gulfport Police Department began a narcotics investigation regarding Carter Tran. Through the course of the investigation, it was discovered that Carter Tran operated a convenience store located at 20 Pass Road, Gulfport Mississippi. It was further discovered that Carter Tran utilized the business located at 20 Pass Road, Gulfport, Mississippi in the furtherance of illegal narcotics transactions.

4. On August 27, 2018, a DEA Undercover Agent (UC) began communication with Carter Tran where they negotiated the purchase of Adderall and Percocet. I know through my training and experience

both Adderall and Percocet are Schedule II controlled substances which are highly addictive and frequently abused on the street.

5. On August 29, 2018, Agents of the DEA Gulfport Resident Office conducted an undercover operation in which Carter Tran sold 100 dosage units of Methamphetamine and 128 dosage units of Fentanyl to an undercover DEA Agent (UC) for $900.00. During the undercover operation, the UC conducted the transaction with Carter Tran in Biloxi, Mississippi. The transaction was under surveillance by DEA agents. The substances sold the UC by Carter Tran were subsequently sent to the DEA Southeast Laboratory were they tested positive for the presence of Methamphetamine and Fentanyl.

6. Based upon the foregoing information, my training and experience, I submit this information supports probable cause to believe Carter Tran violated Title 21, United States Code, Section 841(a)(1), in that, on or about August 29, 2018, in the Southern District of Mississippi, the defendant Carter TRAN, possessed with intent to distribute a detectable amount of Methamphetamine and Fentanyl while in the Southern District of Mississippi.

_____
Christopher Werner
Task Force Agent, U.S. Department of Justice
Drug Enforcement Administration

Sworn and subscribed before me this 13th day of February, 2020.

_____
United States Magistrate Judge